UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-4733-PSG (PJWx) | Date | August 28, 2014 |
|---|---|---|---|
| Title | Neil F. Keehn v. United States | | |

Present: The Honorable   PHILIP S. GUTIERREZ

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order to Show Cause

On June 19, 2014, a Notice to Counsel Re: Copyright, Patent, and Trademark Reporting Requirements was issued, directing plaintiff's counsel to complete and return **within 10 days** from the filing of the complaint, the appropriate Report on the Filing or Determination of an Action Regarding a Patent or Trademark (AO 120) or Report on the Filing or Determination on an Action or Appeal Regarding a Copyright (AO 121).

On August 27, 2014, the Court was informed of counsel's failure to comply with the Notice.

Accordingly, it is hereby ordered that counsel show cause in writing on or before **September 10, 2014**, why this action should not be dismissed for lack of prosecution. The filing of the AO120 or AO121 form on or before the above date, shall be considered as an appropriate response to this Order.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard, unless so ordered by the Court. Counsel is advised that failure to respond to this Order to Show Cause may result in the dismissal of the entire action.

Initials of Preparer   wkh